10-19-19

D-12

No. 2019-09455

FILED
2019 OCT 17 AM 11:42
CIVIL
DISTRICT COURT

Geneva Hawthorne

vs

Ceaser Harris Corporation

Dear Clerk

Please ReIssue C/P to

Ceasar Harris Corpotant
CT Corporation
Baton Rouge LA.
70808

Respectfully Yours
Geneva Hawthorne
3402 Elysian Fields. Av. 70122
(504) 598-6943



Brandon Johnson
VERIFIED
10.19.19

Genora Hawthorne
3402 Elysian Fields Ave.
(504) 598-6943



DEFENDANT'S EXHIBIT 1

VERIFIED
Jen-In [signature]
12/2/19

Civil District Court For Orleans Parish
State of Louisiana

No: 2019-09455     Section

Geneva Hawthorne

vs

Ceasar Harrah Corporation

**D**

SECTION 12

Filed

Deputy Clerk

IN FORMA PAUPERIS

Complaint

Jurisdiction: Civil Action

Venue:
Plaintiff: Geneva Hawthorne is a resident of the Parish of Orleans, State of Louisiana

Defendant: Ceasar Harrah's Corp is doing business as Harrah's in Orleans Parish, State of Louisiana

*Geneva Hawthorne*



# Complaint

On or about February 28, 2019; while working a male employee who first name Paul Doe came behind me and put his arm around me and touch my breast.

Plaintiff told him not to do this again. One week later by our office Paul Doe came behind me again and put his hand on my breast. I told him I am going to report him and do not talk or come around me any more.

IN FORMA PAUPERIS

I report Paul Doe to my supervisor. My supervisor act like she was mad because I made this complaint about Paul Doe.

Plaintiff call the main office and told them about this problem with this employee touching her. They said they all check into this problem.

Once plaintiff call the main office, plaintiff supervisor started giving her more problem every day.

On July 25, 2019 Plaintiff was fire brom her job at Harrah.
Please serve.
Caesar Harris Cop. Atl
8 Canal Street
NO LA. 70130

Gloria Hawthorne
(384) 598-6943
504 443-0225
3404 Gaystar Fields

District Court for Orleans Parish
State of Louisiana

RELIEF

Section D
Section 17

Plaintiff request trial by Jury

Plaintiff request to be awarded attorney fee

Plaintiff be awarded cost

Plaintiff be awarded 20 million dollars sexual harrassment for pain suffering.

Plaintiff be awarded five million dollars wrongful termination.

DATE - 9-9-19

Respectfully submitted
Genava Hawthorne
Genava Hawthorne
3462 Elysian Fields Av.
New Orleans, LA 70122
504-324-6843

Please serve me at the following

Ceasar Harrah's Corporation
8 Canal St
New Orleans LA 70112

A TRUE COPY
Brenda [signature]
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

## NOTICE

Although you may be granted the privilege of proceeding without prepayment of costs, should judgment be rendered against you, YOUR STATUS AS A PAUPER DOES NOT RELIEVE YOU OF THE OBLIGATION TO PAY THESE COSTS.

The privilege to proceed *IN FORMA PAUPERIS* is restricted to litigants who are clearly entitled to do so, with due regard to the nature of the proceeding, the court costs which otherwise would have to be paid, and the ability of the litigant to pay them or to furnish security therefor, so that the indiscriminate filing of lawsuits may be discouraged, without depriving a litigant of the benefit of proceeding in forma pauperis if (s)he is entitled to do so.

SWORN TO AND SUBSCRIBED BEFORE ME, a Notary Public in New Orleans, Louisiana this _____ day of September, 2019.

_____
Notary Public

### THIRD PARTY AFFIDAVIT

BEFORE ME, personally came and appeared: _Lenora Hawthorne Ray Bush_, who after being sworn, deposed and said that (s)he knows _Genova Hawthorne_ well and that (s)he knows that because of his/her poverty and want of means, (s)he is unable to pay the costs of court in advance or as they accrue, nor is he/she able to provide bond therefor.

_Ray Bush_
Affiant

SWORN TO AND SUBSCRIBED before me this _10_ day of _Sept_, 2019.

_____
Notary Public

### LEGAL SERVICES DECLARATION

BEFORE ME, personally came and appeared: _____ who is a duly authorized representative of Acadiana Legal Services Corporation, Capital Area Legal Services, Kisatchie Legal Services Corporation, New Orleans Legal Services Corporation, North Louisiana Legal Assistance Corporation, Northwestern Legal Services Corporation, Southeast Louisiana Legal Services Corporation, Southwest Louisiana Legal Services Society, or a pro bono program receiving referrals from one of the aforementioned organizations, states that _____ has produced evidence that (s)he receives public assistance benefits, or that (s)he has qualified to receive free legal services based on his/her income being less than or equal to 125% of the federal poverty level and therefore is entitled to a rebuttable presumption that (s)he is entitled to the privilege of litigating without prior payment of costs.

_____
Legal Services/Pro Bono Representative

### ORDER

Considering the foregoing Petition and Affidavits let _Geneva Hawthorne_ prosecute or defend this litigation in accordance with Louisiana Code of Civil Procedure, Article 5181, without paying the costs in advance or as they accrue or furnishing security therefor.

September 10, 2019

_____
Judge

A TRUE COPY

_Brandi Kyte_
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

VERIFIED 9/26/19

Page 4 of 4

- Credit Cards: (List type of card and monthly payment)

| | | | |
|---|---|---|---|
| NoNe | $ | $ | $ |
| | $ | $ | $ |
| | $ | $ | $ |
| | $ | $ | $ |

Loans: (List the financial institution and the amount you pay monthly)

| | | | |
|---|---|---|---|
| Jeff Credit | $ 2700 | | $ |
| AST | $ 2,580 | | $ |
| America | $ 2,800 | | $ |
| | $ | | $ |
| | $ | | $ |

TOTAL MONTHLY EXPENSES $ 6,9??0

11. Does anyone regularly help you pay your expenses? __No__ If yes, state that person's name and relationship to you. __Rashad ??? Judice__

Do you have any additional income or assets that are not shown above? If yes, please explain. __No__

12. What arrangements have you made to pay your attorney's fee and what amount, if any, have you paid? (You are required to answer fully.) __No__

13. Has your attorney explained to you that it is a crime punishable by imprisonment to intentionally give a false answer to any of the above questions? __Yes__

State of Louisiana

Parish of

Before the undersigned authority personally came and appeared: __Glenora Hawthorne__, who after being duly sworn deposed and said:

1. (S)he is the person who furnished the information above; that (s)he has signed this petition; that the information is furnished to the court for the purpose of requesting permission to litigate the above captioned lawsuit without paying the costs in advance or as they accrue or furnishing security therefor.

2. That the foregoing petition and that all allegations of fact therein contained are true and correct; and that because of his/her poverty and want of means, (s)he is unable to pay the costs of court in advance or as they accrue, nor is (s)he able to provide bond therefor.

_Glenora Hawthorne_
Applicant's Signature

VERIFIED

7. Marital Status:
   Single ✓ Married _____ Separated _____ Divorced _____
   Widowed _____ Concubine _____
   How many children do you support who are under 18? __2__
   How many children live with you? __3__
   Do you have any other dependants? State names, ages, and relationship:
   Lance Hawthorne 39, son disable

   Is your spouse employed? _____
   If yes, please indicate the name of your spouse's employer _____
   Spouse's Employer's Address _____
   Phone # _____ Wages: Weekly $ _____ Monthly $ _____

8. Do you or your Spouse receive any of the following income or support? _____
   If yes, state the amount: _____
   SSI _____ TANF _____ Child Support _____
   Disability _____ Workers Comp _____ Rent Supplement _____
   Unemployment Benefits __No__ Food Stamps __Yes__

If you listed any income or support in question 8, proceed to questions 11-13.

9. Do you own or have an interest in any of the following? (Including community property)

   (A) House __No__ Value $ _____ Balance owed $ _____
   (B) Auto __No__ Value $ _____ Balance owed $ _____
   (C) Truck __No__ Value $ _____ Balance owed $ _____
   (D) Watercraft __No__ Value $ _____ Balance owed $ _____
   (E) Livestock __No__ Value $ _____ Balance owed $ _____
   (F) Machinery __No__ Value $ _____ Balance owed $ _____
   (G) Stock __No__ Value $ _____
   (H) Bonds __No__ Value $ _____
   (I) Certificates of Deposit __No__ Value $ _____
   (J) Other Immovable Property _____ Equity $ _____ Debt $ _____
   (K) Bank Account Value $ __100.00__ Name and location of bank _____

10. Please list your monthly expenses:
    Rent $ __850.00__        Lot Rent $ __0__           House Note $ _____
    Gas $ __260.00__         Electric $ __75.00__       Water $ __103.00__
    Phone $ __34.00__        Cable $ __142__            Garbage $ __25.00__
    Property Taxes $ __0__   House Ins. $ __0__         Med. Ins. $ __46 A visit__
    Medical Expenses $ _____ Dental Expenses $ __0__    Prescriptions $ __20.00__
    Life Ins. $ _____        Car Note $ __0__           Car Ins. $ __No car__
    Transportation $ __10.00__  Food $ food stamp 250.00  Barber/Beauty $ __None__
    Entertainment $ _____    Child Support $ _____      Daycare $ __None__
    Cleaning Supplies & Toiletries $ __35.00__ Other $ _____
    Support for children other than those of this marriage $ _____
    Garnishment $ __10.00__

Page 2 of 4

<mark>*In Forma Pauperis* Affidavit</mark>

FILED

Geneva Hawthorne                    NUMBER: _____, SECTION 25

2019 SEP 10 PM 3:25

CIVIL DISTRICT COURT

VERSUS

Ceaser Harris Casino And            ORLEANS PARISH, LOUISIANA
Paul Doe And Lydsnei Flor

All questions must be answered in full
Clients of Federally Chartered Legal Services
Corporations only answer questions 1-8 and 11-13.

1. Full Name  Geneva Hawthorne
   SS# 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  Date of Birth 1-22-58  Sex F (Optional)

2. Address  2402 Elysian Fields Ave
   (Box # or Street Address)
   New Orleans  LA.  70122
   (City)  (State & Zip Code)

3. Telephone # (504) 598-6943  Unemployed
   (Home)  (Work)

4. Are you a Student?  No  If yes, please indicate the name of the school that you are attending. _____

5. What is your Occupation?  Retired  Are you employed?  No  If yes, please indicate the name of your employer  Ceaser Harris Casino
   Employer's Address  8 Canal St.  Phone # 533 6-000
   How long have you been so employed?  14 months

   If no, please list the name of your last employer  Ceaser Harris Casino
   If you are unemployed, how long have you been unemployed?  2 man.

6. Income: Weekly Wages $ 0  Monthly Wages $ 920.00
   Monthly Deductions: Federal Income Tax _____  FICA  0
   Other Deductions _____  Any other income:  0
   Is your income less than or equal to 125% of the federal poverty level? _____

VERIFIED

<mark>Page 1 of 4</mark>

ATTORNEY'S NAME: In Proper Pers 90001
AND ADDRESS: , ,

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2019-09455 | DIVISION: D | SECTION: 12 |
|---|---|---|

### HAWTHORNE, GENEVA

**Versus**

### CEASAR HARRAH'S CORPORATION

### CITATION

TO: CEASAR HARRAH'S CORPORATION
8 CANAL ST., NEW ORLEANS, LA 70112

**IN FORMA PAUPERIS**

ORLEANS PARISH SHERIFF'S OFFICE
2019 OCT -2 AM 9:
RECEIVED

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Other Petition Information COMPLAINT

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA September 26, 2019

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by Brandy Mayer
Brandy Mayer, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ___ day of ___ ___ served a copy of the within Other Petition Information COMPLAINT ON CEASAR HARRAH'S CORPORATION THROUGH: Returned the same day No. ___ Deputy Sheriff of ___ Mileage: $ ___ | On this ___ day of ___ ___ served a copy of the within Other Petition Information COMPLAINT ON CEASAR HARRAH'S CORPORATION THROUGH: by leaving same at the dwelling house, or usual place of abode, in the hands of ___ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said CEASAR HARRAH'S CORPORATION being absent from the domicile at time of said service. Returned the same day ___ No. ___ Deputy Sheriff of ___ |

SERIAL NO. 9102 / ENTERED / RETURN
DEPUTY PAPER PARISH

00 2019-9455

Badge # 441



A TRUE COPY
Brevelli King
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

VERIFIED
11-14-19
Sylvia S.

ID: 10305901 Page 1 of 1

ATTORNEY'S NAME: In Proper Per  90001
AND ADDRESS: , ,

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2019-09455     DIVISION: D     SECTION: 12

### HAWTHORNE, GENEVA

#### Versus

### CEASAR HARRAH'S CORPORATION

## CITATION

TO:     CEASAR HARRAH'S CORPORATION
8 CANAL ST., NEW ORLEANS, LA 70112

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Other Petition Information COMPLAINT

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA September 26, 2019

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by Brandy Mayer
Brandy Mayer, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| Other Petition Information COMPLAINT | Other Petition Information COMPLAINT |
| ON CEASAR HARRAH'S CORPORATION | ON CEASAR HARRAH'S CORPORATION |
| THROUGH: | THROUGH: |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said CEASAR HARRAH'S CORPORATION being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | |
| / ENTERED / | Returned the same day |
| PAPER    RETURN | _____ No. _____ |
| / / | Deputy Sheriff of _____ |
| SERIAL NO.   DEPUTY   PARISH | |

A TRUE COPY
Brenda King
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

ID: 10305901        Page 1 of 1

ATTORNEY'S NAME: In Proper Person, 90001
AND ADDRESS: , ,

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2019-09455 | DIVISION: D | SECTION: 12 |
|---|---|---|

**HAWTHORNE, GENEVA**

**IN FORMA-PAUPERIS**

Versus

**CEASAR HARRAH'S CORPORATION**

Made service on the named party through the CT Corporation

**CITATION**

TO: CEASAR HARRAH'S CORPORATION

THROUGH: CT CORPORATION

, BATON ROUGE, LA 70808

NOV 15 2019

by tendering a copy of this document to
☐ Jeannina Beauregard ☐ Alyson Reed ☐ Arema Beauregard

Deputy Sheriff, Parish of East Baton Rouge, Louisiana

## YOU HAVE BEEN SUED:

You must either comply with the demand contained in the COMPLAINT a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA October 17, 2019

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Brandon Johnson, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within COMPLAINT ON CEASAR HARRAH'S CORPORATION THROUGH: CT CORPORATION Returned the same day ____ No. ____ Deputy Sheriff of ____ Mileage: $ ____ / ENTERED / ____ PAPER / RETURN / SERIAL NO. / DEPUTY / PARISH | On this _____ day of _____ served a copy of the within COMPLAINT ON CEASAR HARRAH'S CORPORATION THROUGH: CT CORPORATION by leaving same at the dwelling house, or usual place of abode, in the hands of ____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said CEASAR HARRAH'S CORPORATION being absent from the domicile at time of said service. Returned the same day ____ No. ____ Deputy Sheriff of ____ |

DEC 14 2019
VERIFIED
[signature] Amber Dany

E.B.R. SHERIFF'S OFFICE
NOV 13 2019
RECEIVED
A TRUE COPY
[signature]
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

ID: 10322606

Page 1 of 1

ATTORNEY'S NAME: In Proper Pers 90001
AND ADDRESS: , ,

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2019-09455     DIVISION: D     SECTION: 12

**HAWTHORNE, GENEVA**

Versus

**CEASAR HARRAH'S CORPORATION**

CITATION

TO:     CEASAR HARRAH'S CORPORATION
8 CANAL ST., NEW ORLEANS, LA 70112

*ORLEANS PARISH SHERIFF'S OFFICE 2019 OCT -2 AM 9: RECEIVED*

**IN FORMA PAUPERIS**

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the
Other Petition Information COMPLAINT

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF**, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA September 26, 2019

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by Brandy Mayer
Brandy Mayer, Deputy Clerk

**SHERIFF'S RETURN**
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ___ day of ___ served a copy of the within Other Petition Information COMPLAINT ON CEASAR HARRAH'S CORPORATION THROUGH: <br><br> Returned the same day <br> ___ No. ___ <br> Deputy Sheriff of <br> Mileage: $ <br> / ENTERED / <br> PAPER 9102 RETURN <br> SERIAL NO. DEPUTY PARISH | On this ___ day of ___ served a copy of the within Other Petition Information COMPLAINT ON CEASAR HARRAH'S CORPORATION THROUGH: <br> by leaving same at the dwelling house, or usual place of abode, in the hands of ___ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said CEASAR HARRAH'S CORPORATION being absent from the domicile at time of said service. <br><br> Returned the same day <br> ___ No. ___ <br> Deputy Sheriff of ___ |

00 2019-9455

Badge # 441



ID: 10305901     Page 1 of 1

A TRUE COPY
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

**VERIFIED**
11-14-19

Civil District Court For Orleans Parish
State of Louisiana

FILED
2019 SEP 10 PM 3:25

No. 2019-09455   SECTION

DISTRICT COURT

Geneva Hawthorne

vs

SECTION 12

Ceasar Hallways Corporation

Filed
                                    Deputy Clerk

IN FORMA PAUPERIS

Complaint

Jurisdiction: Civil Action

Venue:
Plaintiff: Geneva Hawthorne is a resident of the Parish of Orleans, State of Louisiana.

Defendant: Ceasar Hallways Corp is doing business as Hallways in Orleans Parish, State of Louisiana

Geneva Hawthorne

VERIFIED

Complaint          FILED

On or about February 28, 2019, while working a male employee who first name Paul Doe came behind me and put his arm around me and touch my breast.

Plaintiff told him not to do this again. One week later by our office Paul Doe came behind me again and put his hand on my breast, I told him I am going to report him and do not talk or come around me no more.

I report Paul Doe to my supervisor. My supervisor act like she was mad because I made this complaint about Paul Doe.

Plaintiff call the main office and told them about this problem with this employee touching her. They said they all check into this problem.

Once Plaintiff call the main office, Plaintiff supervisor started giving her more problem every day.

On July 25, 2019 Plaintiff was fired by her job at Haydel.

Please serve.
Ceaser Hall's Cafe. Atl
8 Canal Street
NO. LA, 70130

Genesis Hawthorne
(894) 598-6943
504 943-0725
3407 Elysian Fields

IN FORMA PAUPERIS

#2019-09455

Civil District Court For Orleans Parish
State of Louisiana

RELIEF

Section D

Section 12

Plaintiff request trial by Jury

Plaintiff request to be awarded attorney fee

Plaintiff be awarded cost

Plaintiff be awarded 20.Million Twenty million dollars sexual harassment for pain suffering.

Plaintiff be awarded Five million dollars wrongful termination.

Date - 9-9-19

Respectfully submitted

Genevra Hawthorne
Genevra Hawthorne
3462 Elysian Fields Ave
New Orleans, La 70122
504-524-6963

Please serve this at the following

Ceasal Harrah Corporation
8 Canal St
New Orleans La 70112

A TRUE COPY
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

(00) 2019-9455 - Service Date 10/03/2019 Time 9:16 AM
CEASAR HARRAH'S CORPORATION

Not Served at 8 CANAL ST
Torri Green # 441, Orleans
Citation & Petition; Serial# 1;
Must serve paper through the CT Corpation Baton Rouge
La

Tori Green 441
Signature

CIVIL DISTRICT COURT
CIVIL DISTRICT
2019 OCT -4 AM 9:45
FILED

ATTORNEY'S NAME: In Proper Person, 90001
AND ADDRESS:

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2019-09455 | DIVISION: D | SECTION: 12 |
|---|---|---|

HAWTHORNE, GENEVA

**IN FORMA-PAUPERIS** Versus

CEASAR HARRAH'S CORPORATION

### CITATION

TO: CEASARS LICENSE COMPANY, LLC
501 LOUISIANA AVE., BATON ROUGE, LA 70802

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the
Other Petition Information COMPLAINT
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\*

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA December 2, 2019

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Don'Dre Spiller, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

**PERSONAL SERVICE**

On this _____ day of _____ served a copy of the within
Other Petition Information COMPLAINT
ON CEASARS LICENSE COMPANY, LLC
THROUGH:
Returned the same day
No. _____
Deputy Sheriff of _____
Mileage: _____
/ ENTERED /
SERIAL NO. 3  DEPUTY  PAPER / RETURN 01  PARISH

**DOMICILIARY SERVICE**

On this _____ day of _____ served a copy of the within
Other Petition Information COMPLAINT
ON CEASARS LICENSE COMPANY, LLC
THROUGH:
by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said CEASARS LICENSE COMPANY, LLC being absent from the domicile at time of said service.
Returned the same day
No. _____
Deputy Sheriff of _____

I made service on the named party through the
☒ Personal @ 1130 AM  ☐ Legal Dept.
☐ Domiciliary  ☒ Corp. Service Agent

DEC 12 2019

by tendering a copy of this document to
☒ Emily Fields  ☐ Rhonda Weldon
☐ Other: _____
ELEANOR STEWART 0769
East Baton Rouge Sheriff's Office

VERIFIED
12/27/19

E.B.R. SHERIFF'S OFFICE
RECEIVED DEC 11 2019

A TRUE COPY
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

ID: 10356372                    Page 1 of 1

FILED

2019 DEC 23

CIVIL
DISTRICT COURT

ATTORNEY'S NAME: In Proper Person, 90001
AND ADDRESS: , ,

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2019-09455 | DIVISION: D | SECTION: 12 |
|---|---|---|

HAWTHORNE, GENEVA

**IN FORMA-PAUPERIS**        Versus

CEASAR HARRAH'S CORPORATION

### CITATION

TO:  CEASARS LICENSE COMPANY, LLC
     501 LOUISIANA AVE., BATON ROUGE, LA 70802

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the
Other Petition Information COMPLAINT
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF**, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA December 2, 2019

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Don'Dre Spiller, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

**PERSONAL SERVICE**

On this _____ day of _____ served a copy of the within Other Petition Information COMPLAINT ON CEASARS LICENSE COMPANY, LLC THROUGH:

Returned the same day
No. _____
Deputy Sheriff of _____
Mileage _____
/ ENTERED /
_3_ PAPER     RETURN _01_
SERIAL NO.  DEPUTY   PARISH

**DOMICILIARY SERVICE**

On this _____ day of _____ served a copy of the within Other Petition Information COMPLAINT ON CEASARS LICENSE COMPANY, LLC THROUGH:

by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said CEASARS LICENSE COMPANY, LLC being absent from the domicile at time of said service.

Returned the same day
_____ No. _____
Deputy Sheriff of _____

I made service on the named party through the
☒ Personal  @ 1130 am    ☐ Legal Dept.
☐ Domicillary           ☒ Corp. Service Agent

**DEC 1 2 2019**

by tendering a copy of this document to
☒ Emily Fields      ☐ Rhonda Weldon
☐ Other:

**ELEANOR STEWART 0769**
East Baton Rouge Sheriff's Office

VERIFIED
12/27/19

E.B.R. SHERIFF'S OFFICE
RECEIVED DEC 11 2019

A TRUE COPY
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

ID: 10356372                 Page 1 of 1

FILED

2019 DEC 23

CIVIL
DISTRICT COURT